IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST<br><br>     Plaintiffs,<br> v.<br><br>DARRELL GREEN, individually and d/b/a GREEN TRUCKING<br><br>     Defendant. | Civil Action No. 1:07-CV-01762 (RCL) |

## APPLICATION FOR ENTRY OF DEFAULT

 I hereby certify, this 17th day of January, 2008, that I am co-counsel of record for the Plaintiffs in the above-entitled action; that Defendant Darrell Green, individually and d/b/a Green Trucking was served via certified mail pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure and Rule 4(c)(3) of the Superior Court of the District of Columbia on November 1, 2007, and that proof of service was filed with the Court on November 13, 2007 by Affidavit of Service, a copy of which is attached as Exhibit A.  I further certify that no formal appearance has been entered by Defendant; that the time within which Defendant may answer or otherwise respond to the Complaint has expired; that Defendant Darrell Green, individually and d/b/a Green Trucking has not filed pleadings in this matter and no pleadings have been served upon Plaintiffs' attorneys; and that this Court has jurisdiction over Defendant, and venue properly lies in this Court, pursuant to 29 U.S.C. §§ 1132 and 1451.

 The Clerk is requested to enter a Default against Defendant Darrell Green, individually and d/b/a Green Trucking.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA HEALTH & RETIREMENT FUNDS
Office of General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: (202) 521-2238

Attorney for Plaintiffs

Executed on January 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I served the foregoing Application for Entry of Default and proposed Default, via United States Mail, First Class, Postage Prepaid, to the following individuals:

>Darrell Green, individually and
>   d/b/a Green Trucking
>Box 718
>Uneeda, WV  25205

>/s/
>Christopher F. Clarke
>Senior Assistant General Counsel
>D.C. Bar No. 441708

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
TRUST,
        Plaintiffs,

v.

DARRELL GREEN individually and d/b/a
GREEN TRUCKING,

        Defendants.

Civil Action No. 1:07-cv-01762 (RCL)

## AFFIDAVIT OF SERVICE

1. I, Karen Davie, am an Attorney Assistant for the Office of General Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2. On November 1, 2007, pursuant to Fed. R. Civ. P.4(h)(1), a copy of the Summons and Complaint in this action was served personally upon Darrell Green, individually and d/b/a Green Trucking at:

        P.O. Box 718
        Uneeda, West Virginia 25205

The Return of Service is attached to this Affidavit as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

/s/
Karen K. Davie
Attorney Assistant

UMWA Health & Retirement Funds
Office of General Counsel
2121 K Street NW
Washington, DC 20021
Telephone: (202) 521-2238

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 12TH DAY

OF NOVEMBER, 2007

/s/
ANNE HARGIS
NOTARY PUBLIC

MY COMMISSION EXPIRES OCTOBER 14, 2012.

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2007, I served the foregoing Affidavit of Service by United States Mail, First Class, Postage Prepaid, to the following individuals:

>Darrell Green, individually and d/b/a
>   Green Trucking
>P.O. Box 718
>Uneeda, West Virginia 25205

>/s/ _____
>Christopher F. Clarke
>Sr. Assistant General Counsel
>D.C. Bar No. 441708

AO 440 (Rev DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 11-1-30 |

| NAME OF SERVER (PRINT) Jeremy JArrett | TITLE Process Server |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: P. Box 718
_Uneeda, WV 25205_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Darrell Green_

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-1-07
                Date

Signature of Server

496 Westmoreland Rd
Chas, WV 25302
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael H. Holland, Michael W. Buckner,
B.V. Hyler, and Steven F. Schaab as
Trustees of the United Mine Workers
of America 1974 Pension Plan

V.

Darrell Green, individually and d/b/a
Green Trucking

SUMMONS IN A CIVIL CASE

CASE

Case: 1:07-cv-01762
Assigned To : Lamberth, Royce C.
Assign. Date : 10/2/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

Darrell Green, individually and d/b/a
Green Trucking
P.O. Box 718
Uneeda, West Virginia 25205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher F. Clarke, Sr. Assistant General Counsel
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON           OCT -2 2007
CLERK                              DATE

(By) DEPUTY CLERK