Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et al.

Plaintiff(s)

v.

Civil Action No. 07-1762 (RCL)

DARRELL GREEN

Defendant(s)

RE:  DARRELL GREEN
Individually and d/b/a
GREEN TRUCKING

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 1, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 11th day of February, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk