IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br>　　　　　　　Plaintiffs,<br>　　v.<br><br>DARRELL GREEN, individually and d/b/a GREEN TRUCKING<br>　　　　　　　Defendant. | Civil Action No. 1:07-cv-01762 (RCL) |

## NOTICE OF FILING

Plaintiffs, by counsel, hereby submit this Notice of Filing of the Proposed Order of Default Judgment which is attached herewith as Exhibit A.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　CHRISTOPHER F. CLARKE
　　　　　　　　　　　　　　　　　　Senior Assistant General Counsel
　　　　　　　　　　　　　　　　　　D.C. Bar No. 441708

　　　　　　　　　　　　　　　　　　UMWA HEALTH & RETIREMENT FUNDS
　　　　　　　　　　　　　　　　　　Office of the General Counsel
　　　　　　　　　　　　　　　　　　2121 K Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　　　　　Telephone: 202-521-2238

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

197030490.doc

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, I served the foregoing Notice of Filing via United States Mail, First Class, Postage Prepaid, to the following individuals:

>Darrell Green, individually and
>   d/b/a Green Trucking
>Box 718
>Uneeda, WV 25205

/s/
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708

# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>DARRELL GREEN, individually and d/b/a GREEN TRUCKING,<br><br>　　　　　　Defendant. | Civil Action No. 1:07-cv-01762 (RCL) |

## ORDER OF DEFAULT JUDGMENT

In this action, Defendant Darrell Green, individually d/b/a Green Trucking, an unincorporated business, having been regularly served with the Summons and Complaint, and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired, and the default of Defendant Darrell Green, individually and d/b/a Green Tucking having been duly entered according to law; upon the application of Plaintiffs, and upon all papers filed herein and the evidence adduced thereby, judgment is hereby entered against Defendant Darrell Green, individually and d/b/a Green Trucking in accordance with the prayer of Complaint.

WHEREFORE, by virtue of 29 U.S.C. §§ 1132(g) and 1451(b) and by reason of the premises aforesaid,

It is ORDERED, ADJUDGED and DECREED that the Plaintiffs do have and recover from Defendant Darrell Green, individually and d/b/a Green Trucking:

　　(a)　withdrawal liability of　　　　　　　　　　$  6,683.67;

| | | |
|---|---|---:|
| (b) | prejudgment interest calculated at at PBGC rates and in accordance with with the Affidavit of Dale R. Stover through June 6, 2008 of | $ 2,316.77; |
| (d) | liquidated damages equal to prejudgment interest through June 6, 2008 of | $ 2,316.77; |
| (f) | attorneys' fees and costs in accordance with the Affidavit of Christopher F. Clarke of | $ 720.00; |

for a TOTAL JUDGMENT AMOUNT  $ 12,037.21;

and that the Plaintiffs have execution therefore against the Defendant, Darrell Green, individually and d/b/a Green Trucking.

_____
UNITED STATES DISTRICT JUDGE

cc:  Christopher F. Clarke, Senior Assistant General Counsel
UMWA Health and Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037

Darrell Green, individually and
  d/b/a Green Trucking
Box 718
Uneeda, WV 25205

2