IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br>             Plaintiffs,<br>     v.<br><br>DARRELL GREEN, individually and d/b/a GREEN TRUCKING,<br><br>             Defendant. | Civil Action No. 1:07-cv-01762 (RCL) |

## ORDER OF DEFAULT JUDGMENT

In this action, Defendant Darrell Green, individually d/b/a Green Trucking, an unincorporated business, having been regularly served with the Summons and Complaint, and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired, and the default of Defendant Darrell Green, individually and d/b/a Green Tucking having been duly entered according to law; upon the application of Plaintiffs, and upon all papers filed herein and the evidence adduced thereby, judgment is hereby entered against Defendant Darrell Green, individually and d/b/a Green Trucking in accordance with the prayer of Complaint.

WHEREFORE, by virtue of 29 U.S.C. §§ 1132(g) and 1451(b) and by reason of the premises aforesaid,

It is ORDERED, ADJUDGED and DECREED that the Plaintiffs do have and recover from Defendant Darrell Green, individually and d/b/a Green Trucking:

   (a)   withdrawal liability of                                $  6,683.67;

(b)  prejudgment interest calculated at at PBGC rates and in accordance with with the Affidavit of Dale R. Stover through June 6, 2008 of          $ 2,316.77;

(d)  liquidated damages equal to prejudgment interest through June 6, 2008 of          $ 2,316.77;

(f)  attorneys' fees and costs in accordance with the Affidavit of Christopher F. Clarke of          $ 720.00;

for a TOTAL JUDGMENT AMOUNT          $ 12,037.21;

and that the Plaintiffs have execution therefore against the Defendant, Darrell Green, individually and d/b/a Green Trucking.

_____/s/_____
Chief Judge Royce C. Lamberth